UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ARNOLD GOLDEN,                                   ORDER OF DISMISSAL
                                                                        CV-03-3934 (DRH) (MLO)

      -against-

WENDY'S INTERNATIONAL, INC. , WENDY'S,
and PETER C. CLEMENTE
----------------------------------------------------------------X

      The Court having been informed by counsel for plaintiff that the case is settled,

      IT IS HEREBY ORDERED that the case is dismissed with prejudice.

      The clerk is directed to close this case.


      SO ORDERED.

                                                                  /S/
                                                        DENIS R. HURLEY
                                             United States District Judge

Dated: Central Islip, New York
       July 14, 2006